UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 21, 2000

MEMORANDUM TO COUNSEL RE:   James Head, et al. v.
Homer Welsh, et al.
Civil #L-00-241

Dear Counsel:

I am in receipt of Mr. Robinson's letter of March 15th, in which he requests an extension of time in which to oppose defendants' motion to dismiss. The request is GRANTED; Mr. Robinson's opposition is due to be filed no later than April 3, 2000. Discovery shall begin immediately in accordance with the scheduling order.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File